JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DAVID R. CALLAWAY (CASBN 121782)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile:  (408) 535-5081
   E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00401 JF |
|    Plaintiff, ) | |
| v. ) | STIPULATION TO CONTINUE HEARING ORDER [PROPOSED] |
| TRUC QUOC LE, and ) THUY DANG, ) | Date:  January 6, 2009 Time:  9:00 a.m. |
|    Defendants. ) | Before The Hon. Jeremy Fogel |

     The above-named defendants are scheduled to appear on January 6, 2009 for possible disposition, but would jointly request additional time to complete plea negotiations. Accordingly, all parties hereby request that the matter be continued to **Wednesday, January 20, 2009,** at 9:00 a.m., before The Honorable Jeremy Fogel, United States District Judge. The parties further stipulate that the delay occasioned by this continuance, a total of 14 days, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i) and (iv), based both on the pending plea negotiations and that, if those negotiations were to fall through, defense counsel would require the additional time, and more, for effective preparation.

**STIPULATION AND ORDER**

**IT IS SO STIPULATED.**

/s/
_____
DENNIS A. LEMPERT, ESQ.
Counsel for Defendant Thuy Dang
DATED: January 5, 2009


/s/
_____
CARLEEN ARLIDGE, ESQ.
Counsel for Defendant Truc Quoc Le
DATED: January 5, 2009


JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____
DAVID R. CALLAWAY
Assistant United States Attorney
DATED: January 5, 2009


# ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that this matter is continued for further status and possible disposition to occur on **Wednesday, January 20, 2009, at 9:00 a.m.**

IT IS FURTHER ORDERED that the time between January 6 and January 20, 2009, a total of 14 days, shall be excluded from the computation the period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in the Stipulation. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above.

DATED: 1/5/10

_____
JEREMY FOGEL
United States District Judge

**STIPULATION AND ORDER**                -2-