1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  DAVID R. CALLAWAY (CASBN 121782)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5596
7       Facsimile:  (408) 535-5081
        E-mail: David.Callaway@usdoj.gov
8
   Attorneys for Plaintiff
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                 SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA, | ) | No. CR 08-00401 JF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE HEARING; |
| v. | ) | ORDER [PROPOSED] |
| | ) | |
| TRUC QUOC LE, and | ) | |
| THUY DANG, | ) | Date: January 20, 2010 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | |
| | ) | Before The Hon. Jeremy Fogel |

19

20      The above-named defendants are scheduled to appear on January 20, 2009 for disposition,
21 but would jointly request additional time. Ms. Arlidge, counsel for defendant Truc Le, is in trial this
22 week and does not expect that trial to be completed until February 8, 2010. The parties believe that
23 they are close to a disposition for Mr. Le, but have not yet agreed on the final language to the plea
24 agreement.  Counsel for the government and Ms. Dang are still discussing a resolution.
25 Accordingly, all parties hereby request that the matter be continued to **Wednesday, February 17,**
26 **2010,** at 9:00 a.m., before The Honorable Jeremy Fogel, United States District Judge. The parties
27 further stipulate that the delay occasioned by this continuance, a total of 28 days, should be excluded
28 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i) and (iv), based on (1) continuity of counsel as

Stipulation and Order
**CR 08-00401 JF**

to Ms. Arlidge; (2) pending plea negotiations as to both defendants; and (3) time needed for effective defense preparation, in the event that plea negotiations were to fall through.

**IT IS SO STIPULATED.**

/s/
_____
DENNIS A. LEMPERT, ESQ.
Counsel for Defendant Thuy Dang
DATED: January 19, 2010

/s/
_____
CARLEEN ARLIDGE, ESQ.
Counsel for Defendant Truc Quoc Le
DATED: January 19, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____
DAVID R. CALLAWAY
Assistant United States Attorney
DATED: January 19, 2010

# ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that this matter is continued for further status and possible disposition to occur on **Wednesday, February 17, 2010, at 9:00 p.m.**

IT IS FURTHER ORDERED that the time between January 20 and February 17, 2010, a total of 28 days, shall be excluded from the computation the period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in the Stipulation. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above.

DATED: 1/29/10 nunc pro tunc to 1/20/10

_____
JEREMY FOGEL
United States District Judge

Stipulation and Order
**CR 08-00401 JF**                                    -2-