JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DAVID R. CALLAWAY (CASBN 121782)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile:  (408) 535-5081
   E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00401 JF |
|    Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE SENTENCING; |
| v. ) | ORDER [P~~ROPOSED~~] |
| ) | |
| TRUC LE, and ) | |
| THUY DANG, ) | Date:  August 12, 2010 |
| ) | Time:  9:00 a.m. |
|    Defendants. ) | |
| ) | Before The Hon. Jeremy Fogel |

     The United States and defendants Truc Le and Thuy Dang, through their respective counsel, hereby agree and stipulate as follows:

**WHEREAS,**

     1.    A sentencing date had not yet been set in this case, although the parties are scheduled to appear before the Court on Thursday, August 12, 2010, to set a sentencing date;

     2.    The parties would like to continue the date to set sentencing until Thursday, September 23, 2010, in light of the as-yet-to-be-set trial date for the remaining defendants;

//

**STIPULATION AND ORDER**

**IT IS THEREFORE STIPULATED AS FOLLOWS:**

This matter should be put over until Thursday, September 23, 2010, at 9:00 a.m., to schedule a sentencng date.

_/s/ C. A. Arlidge_
CARLEEN ARLIDGE, ESQ.
Counsel for Defendant Truc LE
DATE: 8/12/10

_/s/ C. A. Arlidge for_
DENNIS A. LEMPERT, ESQ.
Counsel for Defendant Thuy DANG
DATE: 8/12/10

JOSEPH P. RUSSONIELLO
United States Attorney

_/s/ David R. Callaway_
DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: 8/12/10

**ORDER**

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the date for sentencing in this matter will be selected on **Thursday, September 23, 2010, at 9:00 a.m.**

DATED: 8-12-10

THE HON. JEREMY FOGEL
United States District Judge

STIPULATION AND ORDER                    -2-