MELINDA HAAG (CASBN 132612)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DAVID R. CALLAWAY (CASBN 121782)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile:  (408) 535-5081
   E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-00401 JF |
|---|---|---|
|    Plaintiff, | ) | |
| v. | ) | STIPULATION TO SCHEDULE SENTENCING; ORDER [PROPOSED] |
| TRUC LE and THUY DANG, | ) | Date: September 30, 2010 |
|    Defendants. | ) | Time: 9:00 a.m. |
| | ) | Before The Hon. Jeremy Fogel |

The United States and defendants Truc Le and Thuy Dang, through their respective counsel, hereby agree and stipulate as follows:

**WHEREAS**,

1. The parties are scheduled to appear before the Court on Thursday, September 30, 2010, to set a sentencing date;

2. The parties have agreed upon a date that is also amenable to U.S. Probation; and

3. As suggested by the Court, the parties wish to set the date by stipulation rather than appear in court to do so tomorrow morning;

//

**STIPULATION AND ORDER**

**IT IS THEREFORE STIPULATED AS FOLLOWS:**

Sentencing for both captioned defendants should take place on Thursday, February 10, 2011, at 9:00 a.m., before The Honorable Jeremy Fogel, United States District Judge.

/s/
CARLEEN ARLIDGE, ESQ.
Counsel for Defendant Truc LE
DATE: September 28, 2010

/s/
DENNIS A. LEMPERT, ESQ.
Counsel for Defendant Thuy DANG
DATE: September 28, 2010

MELINDA HAAG
United States Attorney

/s/
DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: September 28, 2010

## **ORDER**

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that sentencing for the captioned defendants shall take place on Thursday, February 10, 2011, at 9:00 a.m. Defendants will be referred to Probation.

DATED: 9/30/10

THE HON. JEREMY FOGEL
United States District Judge