MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5596
  Facsimile:  (408) 535-5081
  E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00401 JF |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE SENTENCING; |
| v. ) | ORDER [PROPOSED] |
| TRUC LE, and ) | |
| THUY DANG, ) | Date:   February 10, 2011 |
| ) | Time:   9:00 a.m. |
| Defendants. ) | |
| ) | Before The Hon. Jeremy Fogel |

The United States and defendants Truc Le and Thuy Dang, through their respective counsel, hereby agree and stipulate as follows:

**WHEREAS**,

The parties would like to continue the date to set sentencing until Thursday, March 10, 2011, so as to allow the parties additional time to file sentencing memoranda and for the government to consider whether or to what extent to move for a sentencing departure;

//

//

//

**STIPULATION AND ORDER**

**IT IS THEREFORE STIPULATED AS FOLLOWS:**

Sentencing for the above-named defendants should be put over until Thursday, March 10, 2011, at 9:00 a.m.

/s/
_____
CARLEEN ARLIDGE, ESQ.
Counsel for Defendant Truc LE
DATE: February 8, 2011

/s/
_____
DENNIS A. LEMPERT, ESQ.
Counsel for Defendant Thuy DANG
DATE: February 8, 2011

MELINDA HAAG
United States Attorney

/s/
_____
DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: February 8, 2011

## ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that sentencing for the above-named defendants will take place on **Thursday, March 10, 2011, at 9:00 a.m.**, before The Honorable Jeremy Fogel, United States District Judge.

DATED: 2/10/11

_____
THE HON. JEREMY FOGEL
United States District Judge