MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5596
  Facsimile:  (408) 535-5081
  E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TRUC LE,<br>THUY DANG, and<br>THANH LE,<br><br>    Defendants. | No. CR 08-00401 JF<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER [PROPOSED]<br><br>Date:  March 10, 2011<br>Time:  9:00 a.m.<br><br>Before The Hon. Jeremy Fogel |

The United States and defendants Truc Le, Thuy Dang, and Thanh Le, through their respective counsel, hereby agree and stipulate as follows:

**WHEREAS**,

The parties would like to continue the date to set sentencing until Thursday, April 14, 2011, so as to allow the parties additional time to file sentencing memoranda and for the government to consider whether or to what extent to move for a sentencing departure for defendants Truc Le and Thuy Dang;

The assigned Probation officer, USPO Waseem Iqbal, has been consulted and does not object

**STIPULATION AND ORDER**

to the new date.

**IT IS THEREFORE STIPULATED AS FOLLOWS:**

Sentencing for the above-named defendants should be put over until Thursday, April 14, 2011, at 9:00 a.m.

/s/
_____
CARLEEN ARLIDGE, ESQ.
Counsel for Defendant Truc LE
DATE: March 7, 2011

/s/
_____
DENNIS A. LEMPERT, ESQ.
Counsel for Defendant Thuy DANG
DATE: March 7, 2011

/s/
_____
BENEDICT J. KOLLER, ESQ.
Counsel for Defendant Thanh LE
DATE: March 7, 2011

MELINDA HAAG
United States Attorney

/s/
_____
DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: February 8, 2011

## **ORDER**

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that sentencing for the above-named defendants will take place on **Thursday, April 14, at 9:00 a.m.**, before The Honorable Jeremy Fogel, United States District Judge.

DATED: 3/9/11

_____
THE HON. JEREMY FOGEL
United States District Judge

**STIPULATION AND ORDER**                -2-