1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   DAVID R. CALLAWAY (CABN 121782)
5  Assistant United States Attorney

6   150 Almaden Boulevard, Suite 900
    San Jose, California 95113
7   Telephone: (408) 535-5596
    Facsimile:  (408) 535-5081
8   E-mail: David.Callaway@usdoj.gov

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,           )   No. CR 08-00401 JF
                                         )
14       Plaintiff,                      )
                                         )   STIPULATION TO CONTINUE SENTENCING;
15       v.                              )   ORDER [PROPOSED]
                                         )
16  TRUC LE,                             )
    THUY DANG, and                       )   Date:  April 14, 2011
17  THANH LE,                            )   Time:  9:00 a.m.
                                         )
18       Defendants.                     )   Before The Hon. Jeremy Fogel
                                         )
19  _____)

20

21       The United States and defendants Truc Le, Thuy Dang, and Thanh Le, through their

22  respective counsel, hereby agree and stipulate as follows:

23       **WHEREAS**,

24       Based on personal and professional conflicts – a medical appointment outside of California

25  for Mr. Lempert and a trial this week for Mr. Koller – combined with a desire to keep all three

26  defendants together for sentencing, the parties wish to continue sentencing until Thursday, May 12,

27  2011. The assigned Probation officer, USPO Waseem Iqbal, is out of town until April 21st and

28  would not have been present this week in any event. The undersigned Assistant United States

**STIPULATION AND ORDER**

Attorney has left word with the Probation Office that the parties will be requesting a continuance.

**IT IS THEREFORE STIPULATED AS FOLLOWS:**

Sentencing for the above-named defendants should be put over until Thursday, May 12, 2011, at 9:00 a.m.

/s/
_____
CARLEEN ARLIDGE, ESQ.
Counsel for Defendant Truc LE
DATE: April 11, 2011

/s/
_____
DENNIS A. LEMPERT, ESQ.
Counsel for Defendant Thuy DANG
DATE: April 11, 2011

/s/
_____
BENEDICT J. KOLLER, ESQ.
Counsel for Defendant Thanh LE
DATE: April 11, 2011

MELINDA HAAG
United States Attorney

/s/
_____
DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: April 11, 2011

# ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that sentencing for the above-named defendants will take place on **Thursday, May 12, 2011, at 9:00 a.m.**, before The Honorable Jeremy Fogel, United States District Judge.

DATED: 4/13/11

_____
THE HON. JEREMY FOGEL
United States District Judge