1  CARLEEN R. ARLIDGE        SBN 079725
   Attorney At Law
2  111 West St. John Street, Suite 555
   San Jose, California 95113
3  Telephone:  (408) 288-8533
   Facsimile:  (408) 445-1861
4  E-Mail: craatty@aol.com

5  Attorney For Defendant

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        )
                                    )   NO.  CR 08-00401 JF
12                Plaintiff,         )
                                    )   [PROPOSED]
13 vs.                              )   ORDER CONTINUING SENTENCING
                                    )
14 TRUC LE,                         )
   THUY DANG, and                   )
15 THANH LE,                        )
                                    )
16                Defendants.        )
   _____)

18      Based on the Stipulation of counsel and good cause appearing therefor:

19      IT IS HEREBY ORDERED that sentencing for the above-named defendants till take place
                June 9,
20 on Thursday, ~~May 26~~, 2011 at 9:00 a.m., before the Honorable Jeremy Fogel, United States District

21 Judge.

22 DATED:   5/10/11 _____

24                                          _____
                                            HON. JEREMY FOGEL
25                                          United States District Judge