1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant LENGSAVATH

FILED
SEP 22 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TRUC QUOC LE, et al.,<br><br>    Defendants. | No. CR-08-00401 JF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER VACATING HEARING DATE AND ORDERING RESTITUTION** |

## STIPULATION

The United States, by and through Assistant United States Attorney David R. Callaway, and defendants Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu, and Thanh Le, by and through their respective counsel, hereby agree and stipulate that, subject to the Court's approval, the hearing set for Thursday, September 22, 2011, shall be vacated, and the above-named defendants shall be jointly and severally liable for restitution as follows:

A total of $5,596,640 in restitution, to be distributed in equal amounts of $799,520, shall be paid to each of the following seven retail victims:

///

1. Walmart Stores, Inc., ATTN: Gary Smyth/Investigations, 1300 S.E. 8th Street, Bentonville, AZ 72716-0110;

2. Walgreens, c/o Shannon Humphrey, 7700 NE Ambassador Place, #103, Portland, OR 97220;

3. Raley's/Nob Hill, c/o Karl Erhardt, Asset Protection Supervisor, 500 West Capitol Avenue, W. Sacramento, CA 95605;

4. CVS Caremark, ATNN: Stefanie Mangiante, 1 CVS Drive, Woonsocket, RI 02895;

5. Savemart, c/o Bob Hess, 1600 Yosemite Boulevard, Modesto, CA 95354;

6. Target Stores, Asset Protection Recovery, 1000 Nicollet, mailstop TPS-2084, Minneapolis, MN 55403; and

7. Safeway, Inc., ATTN: Celia Kettle, NorCal Loss Prevention, 5918 Stoneridge Mall Road, Pleasanton, CA 94588 (checks should be made payable to "Safeway Inc.").

The parties further agree that any fine, forfeiture, or restitution imposed by the Court against shall be immediately due and payable and subject to immediate collection by the government, and that the government may seek immediate collection of the entire fine, forfeiture, or restitution from any assets without regard to any schedule of payments imposed by the Court or established by the Probation Office.

The merchandise seized during the execution of search warrants and that is currently being stored at the Safeway facility in Tracy, California, shall be liquidated, to the extent possible. The proceeds of that liquidation shall be divided equally among the retailers listed above. The proceeds of the liquidation shall be credited, in equal one-fifth (1/5th) shares, against the restitution amounts owed by each of the defendants who are the subjects of this order, which credits shall reduce each defendant's restitution obligation accordingly.

IT IS SO STIPULATED.

Dated: September 15, 2011

/s/
DAVID R. CALLAWAY
Assistant United States Attorney

Dated: September 15, 2011

_____/s/_____
MANUEL U. ARAUJO
Assistant Federal Public Defender
Counsel for defendant Glenn Lengsavath

Dated: September 15, 2011

_____/s/_____
CARLEEN ARLIDGE, ESQ.
Counsel for defendant Truc Quoc Le

Dated: September 15, 2011

_____/s/_____
THOMAS J. NOLAN, ESQ.
Counsel for defendant Tiffany Vu

Dated: September 15, 2011

_____/s/_____
DENNIS LEMPERT, ESQ.
Counsel for defendant Thuy Dang

Dated: September 15, 2011

_____/s/_____
BENEDICT KOLLER, ESQ.
Counsel for defendant Thanh Le

## [Proposed] ORDER

GOOD CAUSE APPEARING, upon stipulation of the United States and defendants Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu, and Thanh Le, by and through counsel,

IT IS HEREBY ORDERED that the hearing set for Thursday, September 22, 2011, is VACATED.

IT IS FURTHER ORDERED that the above-named defendants shall be jointly and severally liable for a total of $5,596,640 in restitution, to be distributed in equal amounts of $799,520, and which shall be paid to each of the following seven retail victims:

1. Walmart Stores, Inc., ATTN: Gary Smyth/Investigations, 1300 S.E. 8th Street, Bentonville, AZ 72716-0110;

2. Walgreens, c/o Shannon Humphrey, 7700 NE Ambassador Place, #103, Portland, OR 97220;

3. Raley's/Nob Hill, c/o Karl Erhardt, Asset Protection Supervisor, 500 West Capitol Avenue, W. Sacramento, CA 95605;

4. CVS Caremark, ATNN: Stefanie Mangiante, 1 CVS Drive, Woonsocket, RI 02895;

5. Savemart, c/o Bob Hess, 1600 Yosemite Boulevard, Modesto, CA 95354;

6. Target Stores, Asset Protection Recovery, 1000 Nicollet, mailstop TPS-2084, Minneapolis, MN 55403; and

7. Safeway, Inc., ATTN: Celia Kettle, NorCal Loss Prevention, 5918 Stoneridge Mall Road, Pleasanton, CA 94588 (checks should be made payable to "Safeway Inc.").

IT IS FURTHER ORDERED that the restitution balance, and any other financial penalties imposed by this Court against the named defendants in connection with the captioned case, shall be immediately due and payable and subject to immediate collection by the government, and that the government may seek immediate collection from any assets, and without regard to any schedule of payments imposed by the Court or established by the Probation Office.

The merchandise seized during the execution of search warrants and that is currently being stored at the Safeway facility in Tracy, California, shall be liquidated, to the extent possible. The proceeds of that liquidation shall be divided equally among the retailers listed above. The proceeds of the liquidation shall be credited, in equal one-fifth (1/5th) shares, against the restitution amounts owed by each of the defendants who are the subjects of this order, which credits shall reduce each defendant's restitution obligation accordingly

IT IS SO ORDERED.

Date: 9-22-11

THE HONORABLE JEREMY FOGEL
United States District Court Judge

Stipulation and Proposed Order
No. CR 08-00401 JF

4