**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff(s),<br>　v.<br><br>THUY DANG,<br><br>　　　　　　Defendant(s).<br>_____/ | CASE NO. 5:08-cr-00401 EJD<br><br>**ORDER DENYING DEFENDANT'S APPLICATION FOR SUBPOENA DUCES TECUM; DENYING DEMAND FOR DISCOVERY; DENYING MOTION TO ENLARGE TIME**<br><br>[Docket Item Nos. 366, 367, 368] |

## I. INTRODUCTION

On October 1, 2012, Defendant Thuy D. Dang ("Defendant") filed a Motion pursuant to 28 U.S.C. § 2255 challenging the conviction and sentence imposed by Judge Jeremy Fogel within the criminal matter captioned above. See Docket Item No. 357. The court ordered Plaintiff United States of America ("the Government") to file a response pursuant to a specified timeline, which also included a deadline for Defendant to file a reply to the Government's response. See Docket Item No. 358. The Government filed its response on December 21, 2012. See Docket Item No. 362.

Presently before the court are three matters filed by Defendant: (1) an Application for a Subpoena Duces Tecum directed to her former defense counsel; (2) a Demand for Discovery from the Government; and (3) another Motion to Enlarge Time for her Reply to the Government's response, which Defendant has curiously styled as a "consent" request. See Docket Item Nos. 366, 367, 368. The Government has filed written opposition to these matters. See Docket Item No. 369.

1
CASE NO. 5:08-cr-00401 EJD
ORDER DENYING DEFENDANT'S APPLICATION FOR SUBPOENA DUCES TECUM; DENYING DEMAND
FOR DISCOVERY; DENYING MOTION TO ENLARGE TIME

The court addresses these matters below.

## II. DISCUSSION

### A. Discovery-Related Submissions

"A judge may, for good cause, authorize a party to conduct discovery under the Federal Rules of Criminal Procedure or Civil Procedure, or in accordance with the practices and principles of law." See Rules Governing Section 2255 Proceedings for the United States District Courts, at Rule 6(a). "A party requesting discovery must provide reasons for the request." Id. at Rule 6(b).

Here, Defendant's two discovery-related submissions are just that: copies of proposed discovery. She has not provided the reasons explaining why discovery is necessary in order to support the finding of good cause required by Rule 6(a). In any event, discovery at this point in the case is not justified under the present circumstances. Considering all that remains to be filed is Defendant's Reply - which traditionally should not include new evidence or argument - and no hearing has been scheduled on the § 2255 Motion, there is not a vehicle to present anything that could be received pursuant to Defendant's discovery requests. Accordingly, the Application for Subpoena Duces Tecum (Docket Item No. 366) and the Demand for Discovery (Docket Item No. 367) are DENIED.

### B. Motion to Enlarge Time

Defendant's bases this second Motion to Enlarge Time on the hypothetical receipt of responses from the discovery requests discussed above. Those requests have been denied. In addition, the court is mindful of the following comments included in the Order granting Defendant's prior motion requesting the same relief:

> As the court advised previously, it is Defendant's responsibility to prosecute this case. This responsibility includes properly requesting from the court copies of any documents she deems necessary to present the reply. The court has determined that the amount of time designated under the original scheduling order as well as this extension provides Defendant more than sufficient time to serve and file a reply. Accordingly, the court intends to submit the § 2255 motion for decision on March 1, 2013, even if Defendant fails to file a reply on or before that date.

See Order, Docket Item No. 365.

1  These comments still remain true.  Thus, in the absence of good cause for the present relief,
2  Defendant's Motion to Enlarge Time (Docket Item No. 368) is DENIED.  Defendant shall file her
3  Reply on or before March 1, 2013.
4  **IT IS SO ORDERED.**

Dated:  February 26, 2013

_____
EDWARD J. DAVILA
United States District Judge